# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| COMMONSPIRIT HEALTH, d/b/a CHI St. Vincent | PLAINTIFF |
| v.  No. 4:25-cv-722-DPM | |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a Blue Cross and Blue Shield of Virginia and DOES, 1–25, Inclusive | DEFENDANTS |
| COMMONSPIRIT HEALTH, d/b/a CHI St. Vincent | PLAINTIFF |
| v.  No. 4:25-cv-723-DPM | |
| BLUE CROSS OF CALIFORNIA; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and DOES, 1–25 | DEFENDANTS |
| COMMONSPIRIT HEALTH, d/b/a CHI St. Vincent | PLAINTIFF |
| v.  No. 4:25-cv-724-DPM | |
| BLUECROSS BLUESHIELD OF TENNESSEE, INC. and DOES, 1–25, Inclusive | DEFENDANTS |

## ORDER

Complaints noted.  My family and I have health insurance with Arkansas Blue Cross Blue Shield.  I don't believe that fact would cause a question about my impartiality in this case.  28 U.S.C. § 455(a).  But I wanted to put it of record and give parties the opportunity to be heard.  Any response or motion to recuse based on this connection is due 11 August 2025.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>28 July 2025</u>